# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# (HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>    v.<br><br>ALBERTO NAJAR ROBLES, AND<br>ARTURO RAMON TORRALBA,<br><br>                 Defendants. | CASE NO.: 19CR3069-JLS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING AND TRIAL SETTING** |

GOOD CAUSE APPEARING and based on the joint motion of the parties, the Motion Hearing and Trial Setting is continued from March 19, 2021 at 1:30 p.m. to **April 23, 2021 at 1:30 p.m.** Time is excludable pursuant to 18 U.S.C. § 3161(h)(1)(D).

**IT IS SO ORDERED**

Dated: March 16, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

1