**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>ALBERTO NAJAR ROBLES, AND )<br>ARTURO RAMON TORRALBA, )<br>)<br>Defendants. )<br>_____ ) | CASE NO.: 19CR3069-JLS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING AND TRIAL SETTING** |

        GOOD CAUSE APPEARING and based on the joint motion of the parties, the Motion Hearing and Trial Setting is continued from April 23, 2021 at 1:30 p.m. to **June 25, 2021 at 9:00 a.m.**

        For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Thus, the Court finds that time is excluded in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(1)(D).

        **IT IS SO ORDERED**

Dated:  April 21, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

1